[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Sept. 16, 2009
THOMAS K. KAHN
CLERK

No. 09-10182
Non-Argument Calendar

_____

D. C. Docket No. 07-00136-CR-FTM-29DNF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GEOVANNI  NAVARRETE,
a.k.a. Giovanni Navarrete,

Defendant-Appellant.

_____

No.  09-10188
Non-Argument Calendar

_____

D. C. Docket No. 07-00136-CR-FTM-29DNF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CESAR NAVARRETE,
a.k.a. Cesar Navarrete,
a.k.a. Abraham Mendoza,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida
_____

(September 16, 2009)

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, appointed counsel for Geovanni Navarrete in Case No. 09-10182, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit with respect to Case No. 09-10182, counsel's motion to withdraw is **GRANTED**, and Geovanni Navarrete's convictions and sentences are **AFFIRMED**.

John L. Badalamenti, appointed counsel for Cesar Navarrete in Case No. 09-10188, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent

examination of the entire record reveals no arguable issues of merit with respect to Case No. 09-10188, counsel's motion to withdraw is **GRANTED**, and Cesar Navarrete's convictions and sentences are **AFFIRMED**.